1
2
3
4
5
6       **UNITED STATES DISTRICT COURT**
7       **NORTHERN DISTRICT OF CALIFORNIA**
8       **SAN FRANCISCO DIVISION**

| ALEXANDER GROUP, LLC | Case No. 3:25-cv-00044-WHO |
|---|---|
| Plaintiffs, | **ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY CUTOFF BY ONE DAY TO OCTOBER 7, 2025** |
| vs. | |
| COMERICA BANK, | |
| Defendant. | |

**ORDER**

Pursuant to the stipulation of the Parties, and for good cause showing, the Court orders as follows:

1. The Fact Discovery Cutoff currently set for October 6, 2025 is hereby extended to October 7, 2025;

2. All other deadlines remain unchanged.

**IT IS SO ORDERED**.

DATED: October 7, 2025

United States District Judge